# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0614.  ERIC JONES v. BANK OF AMERICA, N. A.**

Appellant Eric Jones has filed a motion to withdraw his appeal.  That motion is GRANTED.  See Ga. Ct. App. R. 41 (g).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  01/15/2015
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*